UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>Samuel HERNANDEZ-Areola,<br><br>　　　　　Defendant | Magistrate Docket No.<br><br>'07 MJ 2889<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

FILED
07 DEC 13 AM 10:06

The undersigned complainant, being duly sworn, states:

On or about **December 11, 2007** within the Southern District of California, defendant, **Samuel HERNANDEZ-Areola,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 13th DAY OF DECEMBER, 2007

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Samuel HERNANDEZ-Areola

## PROBABLE CAUSE STATEMENT

On December 11, 2007, Border Patrol Agent G. Custenborder was assigned to line watch duties along the United States/Mexico International Boundary. At approximately 6:55 PM, Agent Custenborder responded to a Bureau radio call from Scope Operator, Border Patrol Agent C. Pae of one individual walking in an area known to Agents as "Johnny Wolf's". "Johnny Wolf's" is located in the Chula Vista Area of Operations approximately 3 miles east of the Otay Mesa, California Port of Entry and approximately 1/4 mile north of the United States/Mexico International Boundary.

As Agent Custenborder arrived in the vicinity, Agent Pae directed him to the area where the individual was attempting to conceal himself in some thick brush. Agent Custenborder approached the individual and identified himself as a U.S. Border Patrol Agent. Agent Custenborder then questioned the subject as to which country he was a citizen and national of. The subject, who was later identified as the defendant **Samuel HERNANDEZ-Areola**, replied "Mexico". Agent Custenborder also asked him if he had any immigration documents that would allow him to be or remain in the United States legally. The defendant replied "no". At approximately 7:00 PM, Agent Custenborder placed him under arrest and had him transported to the Chula Vista Border Patrol Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on August 18, 2006** through **Paso Del Norte Bridge (El Paso), Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.